United States District Court
Southern District of Miami
400 North Miami Ave, room 8
Miami, Florida 33128



Re: Over Angel Garcia Marquez v. United States of America
Case No. 1:17-CR-20604-CMA (5)

Dear Clerk of Court:

The reason for this letter is that I'm requesting a copy of my Docket Sheet please.

Thank you for your time into this matter.

Date: June 09, 2025

Respectfully Submitted,
Over A. Garcia Marquez
Over Angel Garcia Marquez
Petitioner Pro-Se
Reg# 12342-506
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Over A. Garcia Marquez #13342-506
FCI Fort Dix
P.O. Box 2000
Joint Base M/DL, NJ 08640

TRENTON NJ 085
16 JUN 2025 PM 3 L

United States District Court
Southern District of Miami
400 N. Miami Ave room 8
Miami, Florida 33128

33128-771699

REC'D BY _____ D.C.
JUN 1 6 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI