UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Uver Angel Garcia Marquez ( <br>        Petitioner ( <br> ( <br> ( <br> ( <br> V. ( <br> ( <br> ( <br> ( <br> UNITED STATES OF AMERICA ( <br>        Plaintiff | FILED BY \_\_\_\_ D.C. <br> JUL - 8 2025 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S. D. OF FLA. - MIAMI <br><br> Case No. 1:17-CR-20604-CMA (5) |

Motion for Reduction In Sentence
Pursuant To 18 U.S.C. § 3582(C)(2)

To this Honorable Court:

COMES NOW, Uver Angel Garcia Marquez, Defendant-Petitioner Pro-Se, in the above styled numbered cause, and respectfully filed and submits this his Motion For Reduction In Sentence, Pursuant To 18 U.S.C. § 3582(C)(2). Petitioner shows cause in support of Reduction through the following.

I.

The United States Sentencing Commission enacted Amendment 782, which reduced the Drug Quantity Tabler Level by 2-points per level. This Amendment was made Retroactice and became effective on November 1, 2014.

The Unired States Sentencing Commission enacted Amendment 821 to the Sentencing Guideline regarding persons with status-points in calculating Criminal History Points. The Amendment U.S.S.G.§ 4A1.1(e), grants a 2-points Reduction of Criminal History Points if has 6 points and under 1-point

Reduction if 7 or more Criminal History Points. This Amendment became effective on November 1, 2023, with order not issuing until February 1, 2024.

## II.

Mr. Garcia Marquez was convicted in the United States Court For the Southern District of Florida, in Case No. 1:17-CR-20604-CMA (5) on July 08, 2024 for 21:963 Conspiracy To Distribute a Controlled Substance, Knowing or having reasonable cause to believe that the Controlled Substance would be unlawfully Imposed CT 2. His base offense level 30 creating range of 97-121 months with (0) Criminal History Points, Category I. Mr. Garcia Marquez was sentenced to 98 months.

## III.

Mr. Garcia Marquez seeks a Reduction in his sentence based upon the Retroactive Nature of the Amendment 821 U.S.S.G. § 4C1.1. Mr. Garcia Marquez belives he meets the criteria requiments to receive the 2-points Reduction under Amendment 821 relating to the Reduction of Drug Quantity Table, as he has (0) Criminal History Points "Status", under Amendment 821.

To determine the amount of Reduction In Sentence, it is at the discretion of the Court, after consideration of Sentencing Factors in 18 U.S.C. § 3553(a).

### PRAYER.

WHEREFORE, PREMISES CONSIDERED, The Petitioner Mr. Garcia Marquez, prays to this Honorable Court to finds merit and Grant a Reduction In Sentence, in the interest of Justice.

Date: June 29, 2025

Respectfully Submitted,
*/signature/*
Mr. Uver Angel Garcia Marquez
Petitioner Pro-Se
Reg# 12342-506
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

```
FTDIB  540*23 *           SENTENCE MONITORING        *    04-03-2025
PAGE 001       *           COMPUTATION DATA          *    18:04:34
                            AS OF 04-03-2025

REGNO..: 12342-506 NAME: GARCIA MARQUEZ, UVER ANGEL


FBI NO...........: 5T9HL89TA          DATE OF BIRTH: 10-02-1968  AGE: 56
ARS1.............: FTD/A-DES
UNIT.............: 4 GP               QUARTERS.....: D02-161L
DETAINERS........: YES                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-08-2028

FINAL STATUTORY RELEASE FOR INMATE.: 06-07-2029 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 60  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 04-08-2029 VIA FSA REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 1:17-CR-20604-CMA(5)
JUDGE............................: ALTONAGA
DATE SENTENCED/PROBATION IMPOSED: 07-08-2024
DATE COMMITTED...................: 09-26-2024
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES       COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  399     21:963 ATTEMPT & CONSPIRACY
OFF/CHG: 21:963 CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE,
         KNOWING OR HAVING REASONABLE CAUSE TO BELIEVE THAT THE
         CONTROLLED SUBSTANCE WOULD BE UNLAWFULLY IMPORTED CT 2

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    98 MONTHS
TERM OF SUPERVISION.............:     5 YEARS
DATE OF OFFENSE.................: 04-30-2017




G0002       MORE PAGES TO FOLLOW . . .
```

```
FTDIB    540*23  *         SENTENCE MONITORING         *    04-03-2025
PAGE 001         *         COMPUTATION DATA            *    18:04:34
                           AS OF 04-03-2025

REGNO..: 12342-506 NAME: GARCIA MARQUEZ, UVER ANGEL


FBI NO............: 5T9HL89TA        DATE OF BIRTH: 10-02-1968  AGE: 56
ARS1..............: FTD/A-DES
UNIT..............: 4 GP             QUARTERS.....: D02-161L
DETAINERS.........: YES              NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-08-2028

FINAL STATUTORY RELEASE FOR INMATE.: 06-07-2029 VIA GCT REL
         WITH APPLIED FSA CREDITS.:  60  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 04-08-2029 VIA FSA REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 1:17-CR-20604-CMA(5)
JUDGE............................: ALTONAGA
DATE SENTENCED/PROBATION IMPOSED: 07-08-2024
DATE COMMITTED...................: 09-26-2024
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:    $100.00         $00.00           $00.00        $00.00

RESTITUTION...:   PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  399     21:963 ATTEMPT & CONSPIRACY
OFF/CHG: 21:963 CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE,
         KNOWING OR HAVING REASONABLE CAUSE TO BELIEVE THAT THE
         CONTROLLED SUBSTANCE WOULD BE UNLAWFULLY IMPORTED CT 2

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    98 MONTHS
TERM OF SUPERVISION.............:     5 YEARS
DATE OF OFFENSE.................: 04-30-2017




G0002       MORE PAGES TO FOLLOW . . .
```

```
FTDIB   606.00 *        MALE CUSTODY CLASSIFICATION FORM        *    04-03-2025
PAGE 001 OF 001                                                      18:15:31
                              (A) IDENTIFYING DATA
REG NO..: 12342-506              FORM DATE: 02-12-2025              ORG: FTD
NAME....: GARCIA MARQUEZ, UVER ANGEL
                                        MGTV: NONE
PUB SFTY: ALIEN                         MVED:
                              (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (3) MODERATE
MOS REL.: 50                     CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (2) NO VERFD HS/ NO GED DRUG/ALC ABUSE.: (1) <5 YEARS
                              (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE    TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


                      --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +6   +18    -2         +4         LOW          N/A           IN     DECREASE


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF FLORIDA
400 North Miami Ave, Room 8
Miami, Florida 33128


    Re: Garcia Marquez v. United States Of America
        Case No. 1:17-CR-20604-CMA (5)

Dear Clerk of Court:

Enclosed you would find a copy for a Motion for Reduction In Sentence Pursuant to 18 U.S.C. § 3582(C)(2) to be filed in my behalf please.

Thank You for your time into this matter.



Date: June 29, 2025
                                             Respectfully Submitted,
                                             Uver Angel Garcia Marquez
                                             Petitioner Pro-Se
                                             Reg# 12342-506
                                             FCI Fort Dix
                                             P.O. Box 2000
                                             Joint Base MDL, NJ 08640

Uver A. Garcia Marquez # 12342-506
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

REC'D BY _____ D.C.
JUL 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRENTON NJ 085
30 JUN 2025 PM 6 L

UNITED STATES DISTRICT COURT
For the Southern District Of Florida
400 North Miami Ave, Room 8
Miami, Florida 33128

33128-180199