**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   17-20604-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**UVER ANGEL GARCIA MARQUEZ**,

     Defendant.

_____/

## **ORDER**

THIS CAUSE is before the Court on Defendant, Uver Angel Garcia Marquez's Motion to Reduce Sentence [ECF No. 320], filed on July 8, 2025.   Accordingly, it is

**ORDERED AND ADJUDGED** that the Government shall file a response to the Motion within the time permitted by the rules.

**DONE AND ORDERED** in Miami, Florida, this 9th day of July, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Defendant, *pro se*