**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**UVER ANGEL GARCIA MARQUEZ**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on Defendant, Uver Angel Garcia Marquez's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [ECF No. 320]. On July 21, 2025, the Government filed its Opposition to Defendant's Motion [ECF No. 322]. There, the Government explains why Defendant is not eligible for a sentence reduction: Defendant previously received the zero-point offender reduction, and his sentence is below the minimum amended sentencing range under Amendment 821. (*See id.* 4–5). In any event, the Court has also considered the factors in 18 U.S.C. section 3553(a) and is not persuaded a sentence reduction would properly reflect the seriousness of the offense, promote respect for the law, and provide just punishment for Defendant's offense conduct; nor would it afford adequate deterrence and be consonant with the sentences received by the Co-Defendants, thus resulting in unwarranted sentence disparity. *See id.*

    Accordingly, it is

    **ORDERED AND ADJUDGED** that Defendant, Uver Angel Garcia Marquez's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) **[ECF No. 320]** is **DENIED**.

CASE NO. 17-20604-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 31st day of July, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**