**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CR-20604-CMA**

**UNITED STATES OF AMERICA**

**vs.**

**ULVER ANGEL GARCIA MARQUEZ,**

**Defendant.**
_______________________________________________/

**UNITED STATES OF AMERICA'S NOTICE IN RESPONSE TO DEFENDANT GARCIA MARQUEZ'S INQUIRY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this notice in response to Defendant Ulver Angel Garcia Marquez claim that he provided substantial assistance in the indictment of SEGUNDO AGENOR GUERRERO BANGUERA, case no. 18-cr-20347-BB. *See* Docket Entries 327, 328.

After review of relevant materials and in coordination with the case agent, the Government informs Defendant Garcia Marquez that it did not use his information to secure an indictment of any of the defendants in *United States v. Guerrero Banguera*, et al., case no. 18-cr-20357-BB.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*/s/ Robert J. Emery*
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501892
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9421
Email: Robert.emery2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 5th day of November, 2026 on all counsel of record or pro se parties.

Uver Angel Garcia Marquez
PRO SE
Fort Dix
12342-506 Federal Correctional Institution Inmate Mail/Parcels Post Office Box 2000
Joint Base MDL, NJ 08640

*/s/ Robert J. Emery*
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY